CHRISTINA A. OTIS, as Administratrix of the Estate of GERALD S. OTIS, Deceased, Respondent, v. NOVADEL AGENE CORPORATION, Defendant, and BUFFALO ELECTRIC CO., INC., Appellant.— Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the ground that the second cause of action fails to state a cause of action in nuisance, with leave to plaintiff to serve a further amended complaint within twenty days after service of a copy of the order herein with notice of entry thereof upon payment of the costs of the motion and of this appeal. All concur, except Vaughan, J. P., and Van Duser, J., who dissent and vote for affirmance. (Appeal from an order of Erie Special Term denying a motion by the Buffalo Electric Co. to dismiss the second cause of action in plaintiff's amended complaint.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

INA M. CLANCY, Appellant, v. RITA P. TANSLEY, Individually and as Executrix of ARTHUR E. BETTNER, Deceased, Respondent.— Judgment reversed, on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The plaintiff seeks a recovery for real estate commissions to which she claims she is entitled by virtue of a contract between the parties. The contract specified by its terms that the listing was under the " Multiple Listing Service Plan " of the Real Estate Board of Rochester, Inc. It was error, therefore, to exclude the rules governing such plan offered in evidence by the plaintiff. (*Bibb* v. *Allen,* 149 U. S. 481, 489; *Clews* v. *Jamieson,* 182 U. S. 461, 481; *Gettys* v. *Newburger,* 272 F. 209, 215; *Crowley* v. *Commodity Exch.,* 141 F. 2d 182, 188; *Kent* v. *De Coppet,* 149 App. Div. 589, 592.) The claim of the defendant, too, that there was a rescission of the contract, prior to the sale made of the property, and within the period of the contract and its " extended period ", was mutually cancelled or abandoned, is contrary to the weight of the evidence. The judgment should be reversed and a new trial granted. All concur. (Appeal from a judgment of Monroe County Court who found for defendant for no cause of action in an action to recover real estate commissions.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

MARCIA C. MACCALLUM, Respondent, v. ALEXANDER MACCALLUM, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying a motion by defendant to compel plaintiff's attorney to accept notice of retainer and counterclaim.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.